IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **MARY STATEN, GLORIA STATEN, and PEARLIE STATEN,** | ) ) ) |
| **Plaintiffs,** | ) ) |
| vs. | ) CIVIL NO. 04-364-GPM ) |
| **NISSAN MOTOR COMPANY OF JAPAN,** | ) ) |
| **Defendant.** | ) |

# MEMORANDUM AND ORDER

**MURPHY, Chief District Judge:**

This action was filed in May 2004. In March 2005, the Court ordered Plaintiffs to file a status report to inform the Court what steps have been taken to effectuate service on Defendant and when such steps were taken (*see* Doc. 6). This report was filed March 21, 2005, stating that they had obtained a Japanese translation of the complaint, but that service has not been completed as of the date of filing the report, "though research into the procedures has been completed" (Doc. 7). The report also states that due to Plaintiffs' unhappiness with counsel's services, counsel "awaits instructions from the clients for further course of action" (*id*).

To date, no further steps have been taken to advance this case. If Plaintiffs are unhappy with counsel of record, substitute counsel has not appeared. While the complaint has been translated, summons has not issued. This case is set for jury trial in September 2005, and Defendant, a Japanese corporation, has not yet been served. The Court anticipated that its previous Order would prompt some action; it did not. Accordingly, this action is **DISMISSED** pursuant to Federal Rule

of Civil Procedure 41(b) for failure to prosecute. *See also* FED. R. CIV. P. 4(m); *Nylok Corp. v. Fastener World Incorporation*, 396 F.3d 805, 807 (7th Cir. 2005) ("If, for example, a plaintiff made no attempt to begin the process of foreign service within 120 days, it might be proper for a court to dismiss the claim.").

**IT IS SO ORDERED.**

DATED:  07/12/05

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge
